IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SCOTTY REDDEN, et al.                                                                                PLAINTIFFS

v.                                          1:07CV00041HLJ

JACKSON COUNTY, et al.                                                                              DEFENDANTS

ORDER

Plaintiffs Scotty Redden, Roger Redden, and Roger Rudd, inmates proceeding pro se, seek relief in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Scotty Redden has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but plaintiffs Roger Redden and Roger Rudd have not submitted such a motion, or paid the $350.00 filing fee. (DE #1).[1]

According to the Prison Litigation Reform Act (PLRA), **a prisoner who is allowed to file a civil action in forma pauperis still must pay the full amount of the $350 filing fee.** See 28 U.S.C. § 1915(b)(1). Furthermore, before docketing the complaint or, as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915A. **If the case is dismissed for any of these reasons, there is no provision in the Act for a refund of any portion of the filing fee to the prisoner**.

Under the Act, in order for the Court to determine how the $350 filing fee will be paid, the prisoner is required to submit a calculation sheet **prepared and executed by an authorized official of the incarcerating facility**. This calculation sheet reflects the deposits and monthly balances in

---

[1] Effective April 10, 2006, the statutory fee for filing civil complaints increased to $350.00.

the inmate's trust account at the facility during the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). However, the Act also provides that **in no event shall a prisoner be prohibited from bringing a civil action because he "has no assets and no means by which to pay the initial partial filing fee."** 28 U.S.C. § 1915(b)(3).

IT IS, THEREFORE, ORDERED that plaintiffs Roger Redden and Roger Rudd submit either the $350 statutory filing fee or in forma pauperis applications, with the required calculation sheets **signed by an authorized official of the prison**, within thirty (30) days of the entry date of this Order.[2]

The Clerk is directed to send to plaintiffs Roger Redden and Roger Rudd in forma pauperis applications and calculation sheets.

DATED this 3rd day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."