IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SCOTTY E. REDDEN, et al.                                                                PLAINTIFFS

v.                                      1:07CV00041JMM/HLJ

JACKSON COUNTY, et al.                                                                  DEFENDANTS

MEMORANDUM AND ORDER

On October 3, 2007, this Court entered an Order directing plaintiffs Roger Redden and Roger D. Rudd to pay the $350 filing fee or file applications to proceed in forma pauperis within thirty days of the date of the Order (DE #3). The Court further advised these plaintiffs that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his complaint. As of this date, neither Roger Redden nor Roger Rudd have paid the filing fee or filed applications to proceed in forma pauperis, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of their failure to respond to this Court's October 3, 2007 Order, the Court will dismiss plaintiffs Roger Redden and Roger Rudd from the complaint, without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiffs Roger Redden and Roger Rudd are hereby

DISMISSED from this complaint.

    IT IS SO ORDERED this 21st day of November, 2007.


                                                                         _____
                                                                         United States District Judge