IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SCOTTY E. REDDEN                                                                    PLAINTIFF

v.                                        1:07CV00041JMM/HLJ

JACKSON COUNTY, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this __26__ day of December, 2007.


_____
United States District Judge